| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Transferring Court) |  |
|---|---|---|
| | EV 03-01-CR-01 | |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Receiving Court) | |
| | 4:05CR-26 M | |
| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| | SD/IN | Evansville |
| Deana Berry <br> Morganfield KY, 42437 | NAME OF SENTENCING JUDGE | |
| | The Honorable Richard L. Young | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 4/6/2005 | TO 4/5/2008 |
| OFFENSE | | |
| Bank Embezzlement (18 U.S.C. § 656) | | |

CERTIFIED: A TRUE COPY
CLERK OR DEPUTY

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Indiana

LAURA A. BRIGGS
CLERK

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Kentucky upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 8, 2005
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Western District of Kentucky

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/18/05
Date

United States District Judge